# Exhibit "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIRIT REALTY, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>GH&H MABLETON, LLC, a Georgia limited liability company; JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 1:15-CV-05304 DAB GWG<br><br>**ORDER** |

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Based on Plaintiff's Application for Attorneys' Fees Under Fed. R. Civ. P. 37(a)(5)(A) (the "Application") filed by Spirit Realty, L.P. ("Plaintiff"), the Court hereby finds and concludes as follows:

G&H Mableton, LLC ("Defendant") and its attorneys' were not "substantially justified" in responding to the Discovery Disputes (as defined in the Application).

Plaintiff is hereby awarded its attorneys' fees and costs pursuant to Fed. R. Civ. P. 37(a)(5)(A) in the amount of $12,344.50 incurred in connection with the Discovery Disputes.

Defendant, Oliver N. Blaise, and Christopher M. Porterfield are hereby jointly and severally liable to pay such fees upon entry of this Order, and Plaintiff may lodge a judgment against Defendant, Oliver N. Blaise, and Christopher M. Porterfield for Plaintiff's attorneys fees in the amount of $12,344.50.

SO ORDERED.

Dated: _____, 2016
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge